AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated <br> *Plaintiff* <br> v. <br> BANK OF NOVA SCOTIA, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No.  15-cv-5830 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* (see attached rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Asciolla
LABATON SUCHAROW
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/24/2015

/s/ R. Chambers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Bank of Nova Scotia, New York Agency
250 Vesey Street
New York, New York 10080

BMO Capital Markets Corp.
3 Times Square
28th Floor
New York, New York 10036

BNP Paribas Securities Corp.
787 Seventh Avenue
New York, New York 10019

Barclays Capital Inc.
745 Seventh Avenue
New York, New York 10019

Cantor Fitzgerald & Co.
499 Park Avenue
New York, New York 10022

Citigroup Global Markets Inc.
390-388 Greenwich Street
New York, New York 10013

Credit Suisse Securities (USA) LLC
11 Madison Avenue
24th Floor
New York, New York 10010

Daiwa Capital Markets America Inc.
Financial Square
32 Old Slip
New York, New York 10005

Deutsche Bank Securities Inc.
60 Wall Street
4th Floor
New York, New York 10005

Goldman, Sachs & Co.
200 West Street
29th Floor
New York, New York 10282

HSBC Securities (USA) Inc.
HSBC Tower
452 Fifth Avenue
New York, New York 10018

Jefferies LLC
520 Madison Avenue
10th Floor
New York, New York 10022

J.P. Morgan Securities LLC
277 Park Avenue
New York, New York 10172

Merrill Lynch, Pierce, Fenner & Smith Incorporated
One Bryant Park
New York, New York 10036

Mizuho Securities USA Inc.
320 Park Avenue
12th Floor
New York, New York 10022

Morgan Stanley & Co. LLC
1585 Broadway
New York, New York 10036

Nomura Securities International, Inc.
309 West 49th Street
Worldwide Plaza
New York, New York 10019

RBC Capital Markets, LLC
3 World Financial Center
200 Vesey Street
8th Floor
New York, New York 10281

RBS Securities Inc.
600 Washington Boulevard
Stamford, Connecticut 06901

SG Americas Securities, LLC
1221 Avenue of the Americas
6th Floor
New York, New York 10020

TD Securities (USA) LLC
31 West 52nd Street
New York, New York 10019

UBS Securities LLC
677 Washington Boulevard
Stamford, Connecticut 06901